```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DOLORES DOUGHERTY, et al.,         :

      Plaintiffs,             :   CIVIL ACTION

      v.                      :
                                  NO. 11-CV-0093
                            :
DEUTSCHE BANK NAT'L CO.,
 et al.,                           :

      Defendants.             :

## ORDER

AND NOW, this 10th day of August, 2011, upon consideration of Plaintiffs' Motion to Remand (Doc. No. 4) and Defendant FDIC's response in opposition thereto (Doc. No. 15), as well as Defendant FDIC's Motion to Dismiss for lack of subject matter jurisdiction (Doc. No. 3), Plaintiffs' response in opposition thereto (Doc. No. 5), and Defendant FDIC's reply in further support thereof (Doc. No. 16), it is hereby ORDERED as follows:

1) Plaintiff's Motion to Remand is DENIED.

2) Defendant FDIC's Motion to Dismiss for lack of subject matter jurisdiction is GRANTED and the claims against Defendant FDIC are DISMISSED WITH PREJUDICE.

                                              BY THE COURT:

                                              s/J. Curtis Joyner

                                              J. CURTIS JOYNER, C.J.